UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IMIRACLE (HK) LIMITED,

    Plaintiff,

v.

    Case No. 3:22-cv-1391-BJD-MCR

RS CONVENIENCE SMOKE &
VAPE INC, ROLAND ALDIB, and
SALEM TAZIEH,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. 29; Stipulation) filed on November 10, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of December 2023.

*[signature]*

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record